**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RAYMOND FIGUEROA,

Plaintiff

v.

APEX MATERIALS LLC,

Defendant

Case No.: 2:26-cv-01199-APG-BNW

**Order Setting Hearing on Motions to Compel Arbitration and to Stay Case**

[ECF Nos. 15, 18]

I will conduct a hearing on the defendant's motions to compel arbitration and to stay case (ECF Nos. 15, 18) on Wednesday September 16, 2026 at 2:00 p.m. in Las Vegas courtroom 6C. Each side will be limited to 10 minutes of argument.

DATED THIS 8th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE