Montgomery Y. Paek, Esq.
Nevada Bar No. 10176
Taylor Buono, Esq.
Nevada Bar No. 15513
Shannon Chao, Esq.
Nevada Bar No. 16821
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
mpaek@littler.com
tbuono@littler.com
schao@littler.com

Attorneys for Defendant
APEX MATERIALS LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND FIGUEROA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>APEX MATERIALS LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:26-cv-01199-APG-BNW<br><br>**STIPULATION TO SUBMIT ACTION TO ARBITRATION AND TO STAY COURT ACTION PENDING ARBITRATION** |

Plaintiff Raymond Figueroa and Defendant Apex Materials LLC hereby agree and stipulate that all proceedings in this matter should be stayed pending the outcome of binding arbitration pursuant to the Parties' Mutual Arbitration Agreement ("Agreement") and in accordance with the terms set forth in the Agreement. Nothing in this Stipulation shall be deemed a waiver and/or release for the parties to present such claims and/or defenses in arbitration.

Therefore, Plaintiff and Defendant hereby stipulate and agree as follows:

1. This Action in its entirety shall be submitted to binding arbitration in accordance with the terms set forth in Agreement;
2. Defendant's Motion to Compel Arbitration (ECF No. 15) and Defendant's Motion to Stay Discovery Pending Outcome of Motion to Compel Arbitration (ECF No. 18) are denied as moot;

3. The hearing on the Motions to Compel Arbitration and Stay Case (ECF No. 34) is vacated; and

4. This Action shall be stayed pending arbitration.

**IT IS SO STIPULATED.**

Dated: October 2, 2026

GREENBERG GROSS LLP

*/s/ Marian L. Massey*
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Marian L. Massey, Esq.

Attorney for Plaintiff
RAYMOND FIGUEROA

Dated: October 2, 2026

LITTLER MENDELSON, P.C.

*/s/ Taylor A. Buono*
Montgomery Y. Paek, Esq.
Taylor Buono, Esq.
Shannon Chao, Esq.

Attorneys for Defendant
APEX MATERIALS LLC

**IT IS SO ORDERED.**

Dated: October 5, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800